```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                  CORPUS CHRISTI DIVISION
```

UNITED STATES OF AMERICA,    §
                             §
vs.                          §    Criminal No. C-07-315
                             §
GIDEON WILLIAM McDONALD,     §
                             §
    Defendant.               §

## ORDER

On this day the Court held a status conference in the above-styled action. At the hearing the Court made the following ORDERS:

1. The United States Attorney shall act as custodian of the trailer described in the Complaint (D.E. 1), in which the marijuana was found that led to the Defendant's arrest on May 15, 2007. The United States Attorney's custodial obligations shall last through trial.

2. If the Government intends to offer at trial any expert opinion or testimony as to how marijuana was placed in the trailer, then the Government shall comply with all the requirements of Federal Rule of Criminal Procedure 16 with respect to that expert. The Government shall provide the required information at least 20 days prior to trial. Furthermore, the witness must be made available for a possible <u>Daubert</u> hearing.

SIGNED and ENTERED this 19th day of July, 2007.

_____
             Janis Graham Jack
         United States District Judge